JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KENT CRAIG, | ) | NO. ED CV 16-2154-PA(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| M.E. SPEARMAN, ET AL., | ) | |
| Respondents. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 19, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE